**MainSource Roof Management**
P.O. Box 45718
Atlanta, GA 30323
Phone: (404) 965-9370
Fax: (404) 965-9369
www.mainsourcemgt.com



# INVOICE #28543MS

BILL TO:
Lowe's all inclusive
Clayton, GA

REMIT PAYMENT TO:
MainSource Roof Management
PO Box 45718
Atlanta, GA 30320

| INVOICE # | CLIENT PO# | JOB | TERMS | DATE | DATE DUE |
|---|---|---|---|---|---|
| 28543MS | 6451588-15JJY | WO #27061 | Net 30 Days | 08/20/2015 | 09/19/2015 |

**JOB SITE:**
Lowe's #2595, 120 E. Blackstock Road, Spartanburg, SC 29301 USA

**WORK PERFORMED:**
LOWE'S- REPAIRED 3 PUNCTURES IN ROOF MEMBRANE

| ITEM CODE | ITEM TYPE | DESCRIPTION | QTY | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
|  | Labor | Technician Hours | 4.0 | $82.60 | $330.40 |
|  | Material | Membrane Cleaner Rags Brushes Sealant Solvent Primer Caulk | 1.0 | $88.00 | $88.00 |
|  | Other | Travel | 1.0 | $156.00 | $156.00 |

| | |
|---|---|
| Labor | $330.40 |
| Materials | $88.00 |
| Others | $156.00 |
| Subtotal | $574.40 |
| Tax | $0.00 |
| Gross Invoice Amount | $574.40 |
| Retention: 0.00% | $0.00 |
| **BALANCE DUE** | **$574.40** |


PLAINTIFF'S EXHIBIT 6

Lowes Production 00026




Lowes Production 00028

