**MainSource Roof Management**
P.O. Box 45718
Atlanta, GA 30323
Phone: (404) 965-9370
Fax: (404) 965-9369
www.mainsourcemgt.com



# INVOICE #29789MS

BILL TO: Lowe's all inclusive
Clayton, GA

REMIT PAYMENT TO: MainSource Roof Management
PO Box 45718
Atlanta, GA 30320

| INVOICE # | CLIENT PO# | JOB | TERMS | DATE | DATE DUE |
|---|---|---|---|---|---|
| 29789MS | 6657197-15SSR | WO #28106 | Net 30 Days | 10/29/2015 | 11/28/2015 |

**JOB SITE:**
Lowe's #2595, 120 E. Blackstock Road, Spartanburg, SC 29301 USA

**WORK PERFORMED:**
LOWE'S- REPAIRED 2 PUNCTURES IN ROOF MEMBRANE

| ITEM CODE | ITEM TYPE | DESCRIPTION | QTY | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| | Labor | Technician Hours | 3.0 | $82.60 | $247.80 |
| | Material | Membrane Cleaner Rags Brushes Sealant Solvent Primer Caulk | 1.0 | $17.41 | $17.41 |
| | Other | Travel | 1.0 | $156.00 | $156.00 |
| | | | | Labor | $247.80 |
| | | | | Materials | $17.41 |
| | | | | Others | $156.00 |
| | | | | Subtotal | $421.21 |
| | | | | Tax | $0.00 |
| | | | | Gross Invoice Amount | $421.21 |
| | | | | Retention: 0.00% | $0.00 |
| | | | | **BALANCE DUE** | **$421.21** |



PLAINTIFF'S EXHIBIT 7

Lowes Production 00020



Lowe's #2595 - Spartanburg, SC

Lowes Production 00021


Lowes Production 00022


Lowes Production 00023


Lowes Production 00024

