UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

File Number 7:16-cv-03316-DCC

| | | |
|---|---|---|
| Nancy M. Taylor and James Taylor | ) | |
| | ) | |
| V. | ) | Notice of Appeal |
| | ) | |
| | ) | |
| Lowe's Home Centers, LLC, | ) | |

    Notice is hereby given that Nancy M. Taylor and James Taylor, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the United States District Court for the District of South Carolina Opinion and Order Granting Defendant's Motion for Summary Judgment entered in this action on the 22nd day of March, 2018.

                                                 (s) <u>Paul C. Rathke</u>
                                                 Attorney for Plaintiffs
                                                 Address:     15 S. Main Street
                                                                     Suite 600
                                                                      Greenville, SC  29601